UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Hon. William H. Walls |
| v. | Criminal No. 11-411 |
| **WILLIAM SANTIAGO,** | **ORDER FOR CONTINUANCE** |
| **Defendant.** | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph B. Shumofsky, Assistant U.S. Attorney), and defendant William Santiago (by Rubin Sinins, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant recently was appointed new counsel, Mr. Rubin Sinins, because the defendant's prior was conflicted out of the representation, and additional time will allow Mr. Sinins to become familiar with the case and continue plea negotiations with the United States.

2. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this      day of August, 2011,

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days, from August 12, 2011 through and including October 10, 2011; and

IT IS FURTHER ORDERED that August 12, 2011 through and including October 10, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HONORABLE WILLIAM H. WALLS
United States Magistrate Judge

Form and entry
consented to:

_____
Joseph B. Shumofsky
Assistant U.S. Attorney

_____
Rubin Sinins, Esq.
Counsel for defendant William Santiago

2